

Stefani C Schwartz, Esq.
sschwartz@hatfieldschwartzlaw.com
973.737.8315

March 22, 2022

**VIA ECF**
Hon. Cathy L. Waldor, U.S.M.J.
United States District Court
Martin Luther King Jr. Courthouse
50 Walnut St., Room 4040, Courtroom 4C
Newark, NJ 07101

          Re:    <u>Isabella Wysocki, et al. v. The Wardlaw-Hartridge School, et al.
Civil Action No. 2:21-cv-14132-WJM-CLW</u>

Dear Judge Waldor:

    This office represents Defendants, The Wardlaw-Hartridge School, Christine Cerminaro, Robert Bowman, and Andrew Webster ("Wardlaw-Defendants") in the above matter.

    Pursuant to the Pretrial Scheduling Order, all responses to discovery are due on April 1, 2022. Given that this is a multi-party case with voluminous discovery demands, the parties wish to extend the deadline to respond to May 1, 2022.

    Thank you for Your Honor's attention to this matter.

                                Respectfully submitted,

                                HATFIELD SCHWARTZ LAW GROUP LLC

                                By: <u>/s/ Stefani C Schwartz</u>
                                    STEFANI C SCHWARTZ, ESQ.

cc:    All Counsel of Record